**McCARTHY LAW PLC**
CANDID CONVERSATION. WISE COUNSEL.

**Garrett Charity, 285447**
**4250 North Drinkwater Blvd, Suite 320**
**Scottsdale, AZ 85251**
**602-456-8900**
**garrett.charity@mccarthylawyer.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILAN KUNWAR, | Case No: 5:17-cv-04849-LHK |
| Plaintiff, | *Assigned to Hon. Lucy H. Koh* |
| v. | **STIPULATION TO DISMISS CAPITAL ONE, NATIONAL ASSOCIATION WITH PREJUDICE** |
| CAPITAL ONE, NATIONAL ASSOCIATION and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Plaintiff, MILAN KUNWAR ("Plaintiff"), by and through undersigned counsel, and Defendant, CAPITAL ONE, NATIONAL ASSOCIATION ("Capital One") by and through its undersigned counsel, hereby stipulate, pursuant to FRCP 41(a)(2), to the dismissal of Capital One, with prejudice. This stipulation is a result of the settlement reached between Plaintiffs and Capital One. The parties are to bear their own attorneys' fees and costs. A proposed form of order is attached, for the Court's convenience.

Respectfully submitted this 22nd day of June, 2018.

| DOLL AMIR & ELEY LLP | MCCARTHY LAW PLC |
|---|---|
| *By:/s/ Connie Y. Tcheng* | *By:/s/ Garrett Charity* |
| Connie Y. Tcheng, Esq. | Garrett Charity, Esq. |
| 1888 Century Park East, Suite 1850 | 4250 N. Drinkwater Blvd., Suite 320 |
| Los Angeles, CA 90067 | Scottsdale, AZ 85251 |
| Attorney for Defendant | Attorney for Plaintiff |

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*By: /s/Garrett Charity*