**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MILAN KUNWAR,<br><br>  Plaintiff,<br><br>v.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION and EQUIFAX INFORMATION SERVICES, LLC,<br><br>  Defendants. | Case No: 5:17-cv-04849-LHK<br><br>*Assigned to Hon. Lucy H. Koh*<br><br>**ORDER DISMISSING CAPITAL ONE, NATIONAL ASSOCIATION WITH PREJUDICE** |

The Court having considered the Stipulation to Dismiss Capital One, National Association with Prejudice and good cause appearing,

IT IS ORDERED that this action is dismissed with prejudice as to Defendant Capital One, National Association with each party to bear its own attorneys' fees and costs.  The Clerk shall close the file.

Done this __25th__ day of __June_____ 2018.

_____
LUCY H. KOH
United States District Judge